Max Cline, Esq. SBN 55533
Jason Cline, Esq. SBN 236531
Melanie Tavare, Esq. SBN 255581
Andrew Christensen, Esq. SBN 260748
The Cline Law Group
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case Number 12-42882 |
| Hamza Husnain Jafri | Chapter 13 |
| Rizwana Babar Jafri<br>　　　　Debtors | Declaration of Debtors' Attorney and<br>Request for Entry of Order by Default |

1. I, Andrew Christensen, am the Movants' Attorney in this matter and declare as follows:
2. On 5/7/2012, Movants filed a Motion to Avoid Judicial Liens of Citibank (South Dakota) N.A. on Debtors' Real Property located at 2346 Del Monte Dr. San Pablo, CA 94806.
3. Copies of the motion and notice of motion, and the certificate of service are attached hereto.
4. Pursuant to Local Bankruptcy Rules 2002 and 9014-1, the motion was served by certified mail on 5/7/2012, together with a notice stating that any party objecting to the motion had 21 days within which to file and serve any written objection and request a hearing on the above motion.
5. More than 21 days have passed since the service of the notice of motion.
6. No objection has been timely served on Movants at the address specified in the notice. Therefore, no hearing is required.
7. The proposed Order is submitted herewith.

WHEREFORE, Movants request that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Oakland, California.

Dated:   June 1, 2012                             /s/ Andrew Christensen
                                                  Andrew Christensen
                                                  Attorney for Debtor

| | |
|---|---|
| 1 | Max Cline, Esq. SBN 55533<br>Jason Cline, Esq. SBN 236531 |
| 2 | Melanie Tavare, Esq. SBN 255581<br>Andrew Christensen, Esq. SBN 260748 |
| 3 | The Cline Law Group<br>1300 Clay St. #600 |
| 4 | Oakland, CA 94612<br>(510) 464-8068 |
| 5 | |
| 6 | Attorneys for Debtors |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In the Matter of: ) Case Number 12-42882
)
Hamza Husnain Jafri ) Chapter 13
Rizwana Babar Jafri )
_____Debtors_____ Certificate of Service

## CERTIFICATE OF SERVICE

I declare as follows: I am employed in the County of Alameda. I am over the age of eighteen years and not a party to the above referenced case. My business address is 1300 Clay Street, Suite 600, Oakland CA 94612. On June 1, 2012, I served the attached:

(1) **Proposed Order Avoiding Judicial Liens of Citibank (South Dakota) N.A.**
(2) **Request for Order by Default and Declaration of Attorney**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, BY FIRST CLASS MAIL, in the United States Postal Service at Oakland, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on the following date at Oakland, California.

Dated: June 1, 2012          /s/ Andrew Christensen
                              Andrew Christensen

Citibank (South Dakota) N.A.          Citibank (South Dakota) N.A.
Attention: Officer                    C/O The Moore Law Group
701 East 60th Street North            PO Box 25145
Sioux Falls, South Dakota 57104       Santa Ana, CA 92799-2652

                                      The following Parties were served electronically:

Citibank (South Dakota) N.A.
C/O Michael S. Hunt                   Bankruptcy Trustee
151 Bernal Road, Suite 8              Martha G. Bronitsky
San Jose CA 95119                     P.O. Box 5004
                                      Hayward, CA 94540-5004