| | |
|---|---|
| 1 | Max Cline, Esq. SBN 55533 |
| | Jason Cline, Esq. SBN 236531 |
| 2 | Melanie Tavare, Esq. SBN 255581 |
| | Andrew Christensen, Esq. SBN 260748 |
| 3 | The Cline Law Group |
| | 1300 Clay St. #600 |
| 4 | Oakland, CA 94612 |
| | (510) 464-8068 |
| 5 | |
| | Attorneys for Debtors |
| 6 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of: | ) | Case Number 12-42882 |
| | ) | |
| Hamza Husnain Jafri | ) | Chapter 13 |
| | ) | |
| Rizwana Babar Jafri | ) | Motion to Avoid Judicial Liens of Citibank |
| Debtors | ) | (South Dakota) N.A. Against Debtors' Real Property |

Debtors Hamza Husnain Jafri and Rizwana Babar Jafri, commenced this case on 03/30/2012 by filing the above named petition for relief under Chapter 13 of Title 11 of the United States Code.

This motion is filed pursuant to 11 U.S.C. §522(f)(1)(A) to avoid and cancel three judicial liens held by Citibank (South Dakota) N.A. on real property located at 2346 Del Monte Dr. San Pablo, CA 94806. The three judgment liens are recorded in Contra Costa County as follows:

1. Document No: 2011-0168038-00, recorded 8/17/2011 for $6,877.57. [Exhibit D]
2. Document No: 2011-0184601-00, recorded 9/8/2011 for $4,037.89. [Exhibit E]
3. Document No: 2011-0200531-00, recorded 9/28/2011 for $3,078.06 [Exhibit F]

This motion is based on the Declaration of Debtors, a Memorandum of Points and Authorities, Exhibits attached to the Motion, and Schedules filed with the court in this case.

Based on the formula laid out in §522(f)(2)(A) each of the three judgment liens of Citibank (South Dakota) N.A. may be avoided as each of them individually impair the §703.140(b)(1) homestead exemption to which the Debtors are entitled because the sum of the

liens and exemption is greater than Debtors' interest in the property would be in the absence of any liens.

    WHEREFORE, Debtors pray for an order against Citibank (South Dakota) N.A. to avoid the three above named judicial liens recorded in Contra Costa County on Debtors' real property located at 2346 Del Monte Dr. San Pablo, CA 94806.

Dated: May 7, 2012        /s/ Andrew Christensen
                                             Andrew Christensen
                                             Attorney for Debtors