1  Max Cline, Esq. SBN 55533
   Jason Cline, Esq. SBN 236531
2  Melanie Tavare, Esq. SBN 255581   **The following constitutes**
   Andrew Christensen, Esq. SBN  260748 **the order of the court. Signed June 5, 2012**
3  The Cline Law Group
   1300 Clay St. #600
4  Oakland, CA 94612
   (510) 464-8068
5
   Attorneys for Debtors
6
                                        _____
                                        Roger L. Efremsky
7                                       U.S. Bankruptcy Judge

8                    **UNITED STATES BANKRUPTCY COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9

10  In the Matter of:                   )  Case Number 12-42882
                                        )
11  Hamza Husnain Jafri                 )  Chapter 13
                                        )
12  Rizwana Babar Jafri                 )  Order to Avoid Judicial Liens of Citibank
                 Debtors                )  (South Dakota) N.A. on Debtors' Real
13                                      )  Property
                                        )
14  _____)

15
                     **Order to Avoid Judicial Liens on Real Estate**
16

17         The motion of the above-named debtors, Hamza Husnain Jafri and Rizwana Babar

18  Jafri, to avoid the three judicial liens of the respondent, Citibank (South Dakota) N.A. is

19  granted.  The three judicial liens are recorded in Contra Costa County as follows:

20  1.  Document No: 2011-0168038-00, recorded 8/17/2011 for $6,877.57. [Exhibit D]

21  2.  Document No: 2011-0184601-00, recorded 9/8/2011 for $4,037.89. [Exhibit E]

22  3.  Document No: 2011-0200531-00, recorded 9/28/2011 for $3,078.06 [Exhibit F]

23         It is hereby ORDERED and DECREED that these three judicial liens held by Citibank

24  (South Dakota) N.A. in and on Debtors' residential real estate at 2346 Del Monte Dr. San

25  Pablo, CA 94806 entered of record in Contra Costa County be hereby avoided.

26                              **End of Order**

27

28

1 **Court Service List**

2

3 Citibank (South Dakota) N.A.
Attention: Officer
701 East 60th Street North
4 Sioux Falls, South Dakota 57104

5 Citibank (South Dakota) N.A.
C/O Michael S. Hunt
151 Bernal Road, Suite 8
6 San Jose CA 95119

7

8 Citibank (South Dakota) N.A.
C/O The Moore Law Group
PO Box 25145
Santa Ana, CA 92799-2652
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28