Max Cline, Esq. #055533
Jason Cline, Esq. #236531
Melanie Tavare, Esq. #255581
The Cline Law Group
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                   ) **Chapter 13 No.** 12-42882-RLE13
                                         )
Hamza Husnain Jafri and Rizwana ) EX PARTE APPLICATION FOR
Babar Jafri,                             ) ADDITIONAL FEE
                                         )
        Debtors.                         )
_____

Jason Cline, Esq. applies for an order as follows:

1. I am attorney of record for Hamza Husnain Jafri and Rizwana Babar Jafri, Debtor(s) herein.

2. This application is made pursuant to Guidelines for Payment of Attorney Fees in Chapter 13 Case – Oakland Division "hereinafter referred to as "Guideline".

3. My retainer agreement signed by client(s) includes an additional flat fee of $3,000.00 for a motion to avoid a lien under 11 USC §506.

4. The plan payment calculation for this case included the additional fee and Debtor(s) would not need to increase the chapter 13 payment herein.

5. The requested additional promised fee was disclosed on Federal Bankruptcy Rule 2016(b) Disclosure of Compensation

filed herein.

5. I filed the following motions on behalf of Debtor(s) to avoid the liens of:

Finance Bureau, Inc. on April 30, 2012
Narula Family Trust on April 30, 2012

WHEREFORE, Jason Cline, Esq. prays for an order allowing an additional fee of $3,000.00 above the Guideline fee requested in this case.

Dated: __7/20/2012_____     ____ Jason Cline _____
                                        Jason Cline
                                    Attorney for Debtor